No. 79–1279. CARTER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–5549. HOUSE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–5670. HOLLAND v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 79–5721. PRIVETT v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 79–5727. IN RE A. G. M. Ct. App. D. C. Certiorari denied.

No. 79–5742. TIAO-MING WU v. NEW YORK CITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–5760. BISHOP v. LANE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–5779. RACKSTRAW v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 79–5817. VON ESSEN v. MCKEAN, FORMERLY VON ESSEN. Sup. Ct. Wash. Certiorari denied.

No. 79–5823. JOHNSON v. HARRIS, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 79–5825. EVERAGE v. GIBSON ET AL. Sup. Ct. Ala. Certiorari denied.

No. 79–5838. PRESSLEY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–5840. LOPEZ-BELTRAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.